UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-7597-cv

**Caption [use short title]**

**Motion for:** 30-day extension of time to file petition for panel rehearing or rehearing en banc.

Detrina Solomon v. Flipps Media, Inc.

Set forth below precise, complete statement of relief sought:

Plaintiff seeks an extension of 30 days, to and including June 14, 2025, to file a petition for panel rehearing or rehearing en banc of this appeal, which a panel of this Court decided on May 1, 2025.

**MOVING PARTY:** Detrina Solomon                **OPPOSING PARTY:** Flipps Media, Inc.

☒ Plaintiff    ☐ Defendant
☒ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Bret D. Hembd             **OPPOSING ATTORNEY:** David N. Cinotti

[name of attorney, with firm, address, phone number and e-mail]

Herrera Kennedy LLP                             Pashman Stein Walder Hayden, P.C.
3500 W. Olive Ave., Ste. 300, Burbank, CA 91505  21 Main Street, Suite 200, Hackensack, New Jersey 07601
(213) 394-3100; bhembd@herrerakennedy.com       (201) 488-8200; dcinotti@pashmanstein.com

**Court- Judge/ Agency appealed from:** U.S. District Court for the Eastern District of New York (Azrack, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes    ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?           ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☐ Unopposed  ☒ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☒ Yes  ☐ No  If yes, enter date: May 13, 2024

**Signature of Moving Attorney:**
_/s/ Bret D. Hembd/_    **Date:** May 14, 2025    **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)