# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of May, two thousand twenty-five.

Before:     William J. Nardini,
               *Circuit Judge.*

_____

| | |
|---|---|
| Detrina Solomon, on behalf of herself and all others similarly situated, | |
| | **ORDER** |
|      Plaintiff - Appellant, | Docket No. 23-7597 |
| v. | |
| Flipps Media, Inc., DBA FITE, DBA FITE TV, | |
|      Defendant - Appellee. | |

_____

     Appellant moves for a 30-day extension of time, to June 14, 2025, to file a petition for rehearing or rehearing en banc. Appellee consents to only a seven-day extension.

     IT IS HEREBY ORDERED that the motion for a 30-day extension to file a petition for rehearing or rehearing en banc is GRANTED. No further extensions will be granted.

     For the Court:

     Catherine O'Hagan Wolfe,
     Clerk of Court

