# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Solomon v. Flipps Media, Inc.     Docket No.: 23-7597

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jason Harrow

Firm: Gerstein Harrow LLP

Address: 12100 Wilshire Blvd. Ste. 800 Los Angeles, CA 90025

Telephone: 3237445293     Fax:

E-mail: Jason@gerstein-harrow.com

Appearance for: Appellant Solomon
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Gerstein Harrow LLP )
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 2021-06-21    OR

☐ I applied for admission on _____.

Signature of Counsel: /s/ Jason Harrow

Type or Print Name: Jason Harrow