# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of July, two thousand twenty-five.

_____

| | |
|---|---|
| Detrina Solomon, on behalf of herself and all others similarly situated, | |
| | **ORDER** |
| Plaintiff - Appellant, | Docket No: 23-7597 |
| v. | |
| Flipps Media, Inc., DBA FITE, DBA FITE TV, | |
| Defendant - Appellee. | |

_____

Appellant, Detrina Solomon, has filed a petition for rehearing *en banc*. The active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:

Catherine O'Hagan Wolfe, Clerk