# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 27, 2025

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  Detrina Solomon
         v. Flipps Media, Inc., dba FITE, dba FITE TV
         No. 25-228
         (Your No. 23-7597)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on August 21, 2025 and placed on the docket August 27, 2025 as No. 25-228.

    Sincerely,

    **Scott S. Harris**, Clerk

    by

    Pipa Fisher
    Case Analyst